**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**CHRISTIAN D'ALLESSANDRO,**

              **Plaintiff**

vs.                             **CASE NO. 04-CV-0788 (GTE-GJD)**

**CITY OF ALBANY; ROBERT WOLFGANG,**
**individually and in his official capacity; and**
**JOHN NIELSEN, individually and in his**
**official capacity**

              **Defendants**

**G. THOMAS EISELE, SENIOR DISTRICT JUDGE, sitting by designation**

**JUDGMENT**

Pursuant to the Order filed in this matter on July 3, 2007, and the Order filed on this date granting summary judgment in favor of the Defendants, it is Considered, Ordered, and Adjudged that the Complaint in this matter be, and it is hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 26th day of February, 2008.

              /s/Garnett Thomas Eisele_____
              UNITED STATES DISTRICT JUDGE